IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:12-CR-239 |
| ) | |
| JOHN WAYNE PERRY, JR. (11) ) | |
| _____ ) | |

## ORDER

**THIS MATTER** is before the Court *sua sponte*. The Court previously continued the trial of Defendant Perry until June 16, 2014 (Doc. No. 484). Since that time, and due to further continuances and scheduling changes with respect to other defendants in this case, the Government has requested that the trial of Defendant Perry be moved up one week, to begin on June 9, 2014. The Government has informed the Court that counsel for Defendant Perry consents to this scheduling change. In making this determination, the Court has considered the requirements of 18 U.S.C. § 3161(h)(7)(A), as well as the factors in 18 U.S.C. § 3161(h)(7)(B), and finds that the ends of justice are served by continuing this matter and that such action outweighs the interest of the public and the Defendant to a speedy trial.

**THEREFORE, IT IS ORDERED** that the trial of Defendant Perry will be rescheduled to **June 9, 2014 at 10 a.m. in Courtroom 3** in the Charlotte Division.

**SO ORDERED.**

Signed: March 11, 2014

Graham C. Mullen
United States District Judge